**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**In re:**

| | | | |
|---|---|---|---|
| **William Giles** | ) | **Case No:** | **20-10635-SDM** |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| **Debtor(s).** | ) | **Chapter:** | **7** |

**ORDER REOPENING CASE AND DEFERRING FILING FEE**

WHEREAS, for good cause shown, this Court deems it appropriate to grant movant's motion to reopen this case and to defer the filing fee; and

WHEREAS, this Court has determined that the appointment of a trustee herein by the U.S. Trustee ☒ is ☐ is not necessary to protect the interests of creditors and debtor(s) or to ensure efficient administration of the reopened case; it is

ORDERED that the motion to reopen this case and to defer the filing fee is hereby granted.

##END OF ORDER##

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 20-10635-SDM

William Giles Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 1

Date Rcvd: Oct 29, 2026 Form ID: pdf0003 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | William Giles, 705 S Colorado St, Greenville, MS 38703-6013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey A. Levingston | jleving@bellsouth.net MS01@ECFCBIS.com |
| Steven Usry | on behalf of U.S. Trustee U. S. Trustee steven.usry@usdoj.gov cara.pardue@usdoj.gov |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| W. Heath Franklin | on behalf of Debtor William Giles heathfranklin@bellsouth.net mypdfemail@gmail.com;franklin.heathb128489@notify.bestcase.com;heathergarciaflf@gmail.com |

TOTAL: 4