CM/ECF ntcflpoc
(Rev. 01/05/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: William Giles<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 20−10635−SDM<br>Chapter: 7<br>Judge: Selene D. Maddox |

**NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Non−governmental creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before 1/15/27. A claim of a governmental unit shall be filed on or before 4/13/27.

A proof of claim form is available on the Bankruptcy Forms page of the court's website at **www.msnb.uscourts.gov**. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a copy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

Dated: 10/15/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: SI
Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re: William Giles
Debtor

Case No. 20-10635-SDM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3

Date Rcvd: Oct 29, 2026 Form ID: ntcflpoc Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | William Giles, 705 S Colorado St, Greenville, MS 38703-6013 |
| 3977331 | Evine, PO Box 9004, Renton, WA 98057-9004 |
| 3977333 | FBCS, Inc., PO Box 1116, Charlotte, NC 28201-1116 |
| 3977337 | Jefferson Capital Sys., c/o Rausch, Sturm Israel, et al, PO Box 312277, Enterprise, AL 36331-2277 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3977327 | | Email/Text: correspondence@credit-control.com | Oct 29 2026 16:54:00 | Credit Control, PO Box 100, Hazelwood, MO 63042-0100 |
| 3977323 | | EDI: CAPITALONE.COM | Oct 29 2026 20:52:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 3977324 | | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 29 2026 16:54:00 | Chexsystems, Customer Relations, 7805 Hudson Rd # 100, Saint Paul, MN 55125-1595 |
| 3977325 | | EDI: CONVERGENT.COM | Oct 29 2026 20:52:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 3977326 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 29 2026 16:54:00 | Credit Acceptance, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 3977328 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2026 17:02:03 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 3977330 | | Email/Text: bankruptcycourts@equifax.com | Oct 29 2026 16:54:00 | Equifax, PO Box 740256, Atlanta, GA 30374-0256 |
| 3977332 | ^ | MEBN | Oct 29 2026 16:50:06 | Experian, PO Box 2002, Allen, TX 75013-2002 |
| 3977334 | | EDI: AMINFOFP.COM | Oct 29 2026 20:52:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 3977335 | | Email/Text: reports@halstedfinancial.com | Oct 29 2026 16:54:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 3977336 | | EDI: IRS.COM | Oct 29 2026 20:52:00 | IRS Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 3977338 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 17:02:08 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 3977339 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 17:02:08 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 9201, Old Bethpage, NY 11804-9001 |
| 3977340 | | EDI: MSDOR | Oct 29 2026 20:52:00 | Mississippi Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 3977341 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 29 2026 16:54:00 | Progressive Insurance, 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 3977342 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 29 2026 16:54:00 | Progresssive Auto, PO BOX 0561, Carol Stream, IL 60132-0561 |
| 3977343 | | EDI: CBS7AVE | Oct 29 2026 20:52:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 3977344 | | EDI: SYNC | Oct 29 2026 20:52:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 3977345 | | Email/Text: epr@telecheck.com | Oct 29 2026 16:54:00 | Telecheck, 5251 Westheimer Rd, Houston, TX 77056-5412 |
| 3977346 | ^ | MEBN | Oct 29 2026 16:50:06 | Transunion, PO Box 1000, Crum Lynne, PA 19022 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3977774 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Attn: Special Processing Staff, 100 West Capitol Street, Room 504, Jackson MS 39269 |
| 3977775 | *+ | Internal Revenue Service, In care of U.S. Attorney, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 3977329 | ## | Diversified Consultants, PO Box 1391, Southgate, MI 48195-0391 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Steven Usry | on behalf of U.S. Trustee U. S. Trustee steven.usry@usdoj.gov cara.pardue@usdoj.gov |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

W. Heath Franklin
on behalf of Debtor William Giles heathfranklin@bellsouth.net
mypdfemail@gmail.com;franklin.heathb128489@notify.bestcase.com;heathergarciaflf@gmail.com

TOTAL: 5